# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>SEALED MATTER | Case No. 12-00101-CEC |

## MOTION TO UNSEAL

Pursuant to Local Rule 9018-1, Rule 9037 of the Federal Rules of Bankruptcy Procedure, and section 107(c) of the Bankruptcy Code, CitiMortgage, Inc., Citibank, NA, CitiFinancial, Inc., Citicorp Trust Bank, fsb, CitiFinancial Credit Company, CitiFinancial Auto, Ltd., CitiFinancial Auto Corporation, and CitiFinancial Auto Credit Corporation (together with their affiliates and subsidiaries, collectively "Citi"), by and through their undersigned counsel, hereby move this Court for entry of an order in the form attached hereto as Exhibit A, unsealing the docket and certain documents filed in the above-captioned matter, and seeking to change the case caption on the docket to appear as "In re Matter of Citi Replacement Filings." In support of this motion (the "Unsealing Motion"), Citi respectfully states as follows:

1. Citi commenced this miscellaneous proceeding to restrict access to information, pursuant to Rule 9037 of the Federal Rules of Bankruptcy Procedure and section 107(c) of the United States Bankruptcy Code, contained on certain proofs of claim and related documents.

2. In connection therewith, and by prior order of the Court, public access to all filings in this matter has been restricted to protect affected debtors from any undue risk of identity theft while Citi's remediation efforts have progressed.

3. Because the need for continued sealing no longer outweighs the presumption of right of public access, as contemplated by Citi's Ex Parte Motion for Entry of an Order (I)

Authorizing the Filing of Motion for Entry of Protective Order Under Seal and (II) Restricting Public Viewing of or Access to Case Docket and All Subsequent Filings ("Motion to Seal"), Citi respectfully requests that the Court unseal the docket and certain documents filed in the above-captioned matter, and that the Court change the case caption on the docket to appear as "In re Matter of Citi Replacement Filings."

4. Specifically, Citi requests to unseal all documents currently on file in this matter with the exception of its motion styled, Ex Parte Motion For Entry Of A Protective Order (I) Directing The Clerk Of The Court To Restrict Remote Electronic Access To Specified Filings And (II) Authorizing Replacement Filings (the "Redaction Motion"). In lieu of unsealing the Redaction Motion, Citi respectfully requests that the Court upload a slightly redacted version of the Redaction Motion, in the form attached hereto as Exhibit B, which omits certain confidential technical information and customer sensitive information in the motion and certain exhibits, but, in all other respects, it is identical to the previously filed Redaction Motion. Pursuant to section 107(c)(1)(A) of the Bankruptcy Code, cause exists to keep the Redaction Motion under seal – including the detailed schedule of affected debtors, claims, and case numbers – so that technical information concerning the methods that Citi used to redact certain customer information will not be disclosed. Citi seeks this relief in order to continue to minimize the risk of possible identity theft or other unlawful injury to impacted debtors. Public disclosure of the redaction issue, including the disclosure of the schedule of affected debtors, would not further the purposes of Bankruptcy Rule 9037.

5. Except as set forth above, Citi requests that the Court direct the Clerk of Court to unseal all of the remaining filings in the miscellaneous proceeding.

6. The Unsealing Motion is contemplated by, and consistent with, the Stipulation and Order Resolving the Objection of the United States Trustee entered in the United States Bankruptcy Court for the Southern District of New York on March 13, 2012 (the "Stipulation"). Citi will serve a copy of the unsealing motion on the United States Trustee for this District.

**WHEREFORE**, Citi respectfully requests entry of an order, substantially in the form attached hereto as Exhibit A, (a) unsealing the docket and certain documents filed in the above-captioned matter, (b) maintaining under seal Citi's Redaction Motion, (c) publicly docketing a redacted version of the Redaction Motion, in the form attached hereto as Exhibit B, which omits certain confidential information, but is, in all other respects, identical to the previously-filed Redaction Motion, (d) seeking to change the case caption on the docket to appear as "In re Matter of Citi Replacement Filings," and (e) granting such other and further relief as the Court deems appropriate.

Dated: July 23, 2013

Respectfully submitted,

LEMERY GREISLER LLC

/s/
Paul Levine
Lemery Greisler LLC
50 Beaver Street, 2nd Floor
Albany, NY 12207
Phone: 518-433-8800
Fax: 518-433-8823

*Counsel to CitiMortgage, Inc., Citibank, NA, CitiFinancial, Inc., Citicorp Trust Bank, FSB, CitiFinancial Credit Company, CitiFinancial Auto, Ltd., CitiFinancial Auto Corporation, and CitiFinancial Auto Credit Corporation*